# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-13929-MDC

LINDA D DIGIANDOMENICO

8 SCOTT AVENUE

UPLAND, PA 19015

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    LINDA D DIGIANDOMENICO

    8 SCOTT AVENUE

    UPLAND, PA 19015

**Counsel for debtor(s), by electronic notice only.**
    DAVID H LANG
    LAW OFFICES OF DAVID H LANG
    203 N MONROE ST
    MEDIA, PA 19063-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                /s/ William C. Miller

Date: 9/24/2018

                                             _____
                                             William C. Miller, Esquire
                                             Chapter 13 Standing Trustee