## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Linda D. Digiandomenico<br>      Debtor<br><br>PNC Bank, National Association<br>      Movant<br>  vs.<br><br>Linda D. Digiandomenico<br>      Debtor<br><br>William C. Miller Esq.<br>      Trustee | CHAPTER 13<br><br><br><br>NO. 18-13929 MDC<br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Certificate of No Objection of PNC Bank, National Association, which was filed with the Court on or about October 11, 2018 (Document No. 30).

             Respectfully submitted,

             **/s/ Kevin G. McDonald, Esquire**
             Kevin G. McDonald, Esquire
             Attorney for Movant
             KML Law Group, P.C.
             BNY Mellon Independence Center
             701 Market Street, Suite 5000
             Philadelphia, PA  19106
             215-627-1322

October 15, 2018