UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    LINDA DIGIANDOMENICO         : Case No. 18-13929
          Debtor                         : Chapter 13

## NOTICE OF APPLICATION TO APPROVE COUNSEL FEES AND REIMBURSEMENT OF EXPENSES

To the Debtor, Creditors and Parties in interest, NOTICE is given that:

1. The Debtor filed a petition under Chapter 13 of the Bankruptcy Code on June 12, 2018..

2. The Debtor selected David Hamilton Lang, Esquire as her counsel.

3. Debtor agreed to pay Three Thousand Dollars ($3,000.00) plus costs for his representation in the Chapter 13 Case.

4. Debtor did pay One Thousand Dollars ($1,00.00) prior to filing.

5. Counsel has filed an Application for Approval of Counsel Fees and Reimbursement of Expenses with an itemization of actual time records.

6. Any creditor or party in interest may file an answer, objection or other responsive pleading or request for a hearing, stating the reasons why a hearing is necessary, with Clerk, United States Bankruptcy Court, Nix Federal Building, 900 Market Street, Suite 400, Philadelphia, PA 19107 with a copy to Counsel, David Hamilton Lang, Esquire, 230 N. Monroe Street, Media, PA 19063, on or before December 6, 2018.  A copy fo the Application may be obtained from the Clerk of the United States Bankruptcy Court or from David Hamilton Lang, Esquire, Counsel for the Debtor, at the below address.

7. In the absence of any answer, objection, or request for a hearing, the Court may, upon consideration of the record and/or the pleading, enter an Order granting the relief requested.

Respectfully submitted:

_/s/ David Lang_____
David Hamilton Lang, Esquire
230 North Monroe Street
Media, PA 19063
(610) 246-4411
(302) 372-3053