United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-13929-mdc
Linda D DiGiandomenico                                          Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Stacey              Page 1 of 1            Date Rcvd: Dec 04, 2018
                               Form ID: pdf900           Total Noticed: 6
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2018.
db             +Linda D DiGiandomenico,    8 Scott Avenue,    Upland, PA 19015-3014
aty            +David Hamilton Lang,    230 North Monroe Street,    Media, PA 19063,    UNITED STATES 19063-2908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 05 2018 03:17:55      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2018 03:17:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 05 2018 03:17:47      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2018 03:51:46      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2018 at the address(es) listed below:
              DAVID H. LANG    on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com
              DAVID H. LANG    on behalf of Debtor Linda D DiGiandomenico langlawoffice@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC BANK, N.A. wgouldsbury@udren.com,
               vbarber@udren.com
              WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC Bank, National Association
               wgouldsbury@udren.com,    vbarber@udren.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Linda D. Digiandomenico<br>Debtor | CHAPTER 13 |
| PNC Bank, National Association<br>Movant<br>vs.<br>Linda D. Digiandomenico<br>Debtor | NO. 18-13929 MDC |
| William C. Miller Esq.<br>Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$5,072.40**, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | July 2018 to November 2018 at $1,020.28/month |
| Suspense Balance: | $1,060.00 |
| Fees & Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$5,072.40** |

2. The Debtor shall cure said arrearages in the following manner;

a). By November 30, 2018, Debtor shall tender a down payment of **$4,000.00.**

b). Beginning on December 1, 2018 and continuing through May 1, 2019, until the arrearages are cured, Debtor shall pay the present regular monthly payment of $1,020.28 on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month, plus an installment payment of $178.74 from December 2018 to April 2019 and $178.70 for May 2019 towards the arrearages on or before the last day of each month at the address below;

PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342

c). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: November 8, 2018

By: /s/ Kevin G. McDonald, Esquire
Kevin G. McDonald, Esquire

Date: 11/3/18

/s/ David H. Lang, Esquire
Attorney for Debtor

Date: 11/30/18

/s/ Jacqueline M. Chardly, Esq.
William C. Miller, Esquire    *No objection*
Chapter 13 Trustee

*without prejudice to any trustee rights or remedies

Approved by the Court this __4th__ day of __December__, 2018. However, the court retains discretion regarding entry of any further order.

/s/ Magdeline D. Coleman
Bankruptcy Judge
Magdeline D. Coleman