# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        LINDA DIGIANDOMENICO        : Case No. 18-13929
                    Debtor        : Chapter 13

## CERTIFICATE OF NO RESPONSE

    I, David Hamilton Lang, Esquire, attorney for the Debtor, hereby certify that I have not received an answer, response or request for a hearing to my Application For Approval of Compensation and Expenses.

Respectfully submitted:

_/s/ David Lang_____
David Hamilton Lang, Esquire