## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| **Linda D. DiGiandomenico** | :    **Case No.: 18-13929** |
| | :    **Chapter 13** |
| **Debtor(s).** | :    **Judge Magdeline D. Coleman** |
| | :    * * * * * * * * * * * * * * * * * * * * * * |
| | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                                                        Respectfully submitted,

                                                                                       /s/ Karina Velter
                                                                                       Karina Velter, Esquire (94781)
                                                                                       Adam B. Hall (323867)
                                                                                       Sarah E. Barngrover (323972)
                                                                                      Manley Deas Kochalski LLC
                                                                                      P.O. Box 165028
                                                                                      Columbus, OH  43216-5028
                                                                                      Telephone: 614-220-5611
                                                                                      Fax: 614-627-8181
                                                                                      Attorneys for Creditor
                                                                                      The case attorney for this file is Karina Velter.
                                                                                      Contact email is kvelter@manleydeas.com

19-023827_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Linda D. DiGiandomenico | : | Case No.: 18-13929 |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Magdeline D. Coleman** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

David H. Lang, Attorney for Linda D. DiGiandomenico, Law Offices of David H. Lang, 230 North Monroe Street, Media, PA 19063, langlawoffice@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on June 28, 2019:

Linda D. DiGiandomenico, 8 Scott Avenue, Upland, PA 19015

William A. Dennon, 8 Scott Ave, Brookhaven, PA 19015

DATE: June 28, 2019

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-023827_PS