**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | |
| | **Case No.: 18-13929** |
| **Linda D DiGiandomenico** | **Chapter 13** |
| | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * |
| | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | **Date and Time of Hearing** |
| | **Place of Hearing** |
| **Movant,** | **August 6, 2019 at 10:30 a.m.** |
| **vs** | |
| | **U.S. Bankruptcy Court** |
| **Linda D DiGiandomenico** | **900 Market Street, Courtroom #2** |
| **William A Dennon** | **Philadelphia, PA, 19107** |
| | |
| **WILLIAM C. MILLER, Esq.** | |
| **Respondents.** | |

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto has filed a Motion for Relief from the Automatic Stay and Co-Debtor Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before July 26, 2019, you or your attorney must do **ALL** of the following:

    A. File an answer explaining your position at:

    **Clerk, U.S. Bankruptcy Court**
    U.S. Bankruptcy Court
    900 Market Street
    Philadelphia, PA, 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    B. Mail a copy to the Creditor's attorney and the below listed:

19-023827_EJS1

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on August 6, 2019 at 10:30 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #2, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:  July 11, 2019

19-023827_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-13929** |
| **Linda D DiGiandomenico** : | **Chapter 13** |
| : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Date and Time of Hearing** |
| **Fargo Auto** : | **Place of Hearing** |
| **Movant,** : | **August 6, 2019 at 10:30 a.m.** |
| : | |
| vs : | |
| : | **U.S. Bankruptcy Court** |
| **Linda D DiGiandomenico** : | **900 Market Street, Courtroom #2** |
| **William A Dennon** : | **Philadelphia, PA, 19107** |
| : | |
| **WILLIAM C. MILLER, Esq.** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding Motion for Relief from the Automatic Stay and Co-Debtor Stay was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

WILLIAM C. MILLER, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

David H. Lang, Attorney for Linda D DiGiandomenico, Law Offices of David H. Lang, 230 North Monroe Street, Media, PA 19063, langlawoffice@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on July  11 , 2019:

Linda D DiGiandomenico, 8 Scott Avenue, Upland, PA 19015

William A Dennon, 8 Scott Ave, Brookhaven, PA 19015

Linda DiGiandomenico, 8 Scott Ave, Brookhaven, PA 19015

19-023827_EJS1

DATE: __July 11, 2019__

/s Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-023827_EJS1