**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-13929** |
| **Linda D DiGiandomenico** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | | * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | **Date and Time of Hearing** |
| **Fargo Auto** | : | **Place of Hearing** |
| **Movant,** | : | **August 6, 2019 at 10:30 a.m.** |
| | : | |
| **vs** | : | |
| | : | **U.S. Bankruptcy Court** |
| **Linda D DiGiandomenico** | : | **900 Market Street, Courtroom #2** |
| **William A. Dennon** | : | **Philadelphia, PA, 19107** |
| | : | |

**WILLIAM C. MILLER, Esq.**
                     **Respondents.**

<u>**CERTIFICATION OF NO OBJECTION REGARDING**</u>
<u>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT WELLS**</u>
<u>**FARGO BANK, N.A., D/B/A WELLS FARGO AUTO TO REPOSSESS 2015 AUDI A4**</u>
<u>**VIN# WAUCCGFF5F1011584 (DOCUMENT NO. 62)**</u>

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other

responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on July

11, 2019 at Document No. 62 has been received.  The undersigned further certifies that the

Court's docket in this case has been reviewed and no answer, objection or other responsive

pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the

Motion were to be filed and served no later than July 26, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the

Court.

/s/ Karina Velter
_____

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC

19-023827_EJS1

P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

19-023827_EJS1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | **Case No.: 18-13929** |
| **Linda D DiGiandomenico** | **:** | **Chapter 13** |
| | **:** | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | **:** | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | | \* |
| | **:** | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | **:** | **Date and Time of Hearing** |
| **Fargo Auto** | **:** | **Place of Hearing** |
| **Movant,** | **:** | **August 6, 2019 at 10:30 a.m.** |
| | **:** | |
| **vs** | **:** | |
| | **:** | **U.S. Bankruptcy Court** |
| **Linda D DiGiandomenico** | **:** | **900 Market Street, Courtroom #2** |
| **William A. Dennon** | **:** | **Philadelphia, PA, 19107** |
| | **:** | |

**WILLIAM C. MILLER, Esq.**
                    **Respondents.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certification of No

Objection Regarding Motion for Relief from Co-Debtor Stay with 30 day waiver with the Court

to permit Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto to repossess 2015 Audi A3, VIN#

WAUCCGFF5F1011584 was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500,
Philadelphia, PA 19107

WILLIAM C. MILLER, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105

David H. Lang, Attorney for Linda D DiGiandomenico, Law Offices of David H. Lang, 230
North Monroe Street, Media, PA  19063, langlawoffice@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on July  _29_, 2019:

Linda D DiGiandomenico, 8 Scott Avenue, Upland, PA  19015

William A Dennon, 8 Scott Ave, Brookhaven, PA  19015

Linda DiGiandomenico, 8 Scott Ave, Brookhaven, PA  19015

19-023827_EJS1

DATE:  July 29, 2019

  /s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

19-023827_EJS1