**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 18-13929 |
| **Linda D DiGiandomenico** | : | Chapter 13 |
| | : | Judge Magdeline D. Coleman |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | Date and Time of Hearing |
| | : | August 6, 2019 at 10:30 a.m. |
| Movant, | : | |
| vs | : | Place of Hearing |
| | : | U.S. Bankruptcy Court |
| **Linda D DiGiandomenico** | : | 900 Market Street, Courtroom #2 |
| **William A Dennon** | : | Philadelphia, PA, 19107 |
| | : | |
| **William C. Miller** | | Related Document #  62 |
| Respondents. | | |

## ORDER OF COURT

AND NOW, to wit, this __5th__ day of __September__, 2019, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105 (notified by ecf)

David H. Lang, Attorney for Debtor and/or Co-Debtor, Law Offices of David H. Lang, 230 North Monroe Street, Media, PA  19063 (notified by ecf)

Linda D DiGiandomenico and William A Dennon, Debtor and/or Co-Debtor, 8 Scott Avenue, Upland, PA  19015 (notified by regular US Mail)