United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Linda D DiGiandomenico  
    Debtor

Case No. 18-13929-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Sep 06, 2019  
                     Form ID: pdf900     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2019.
```
db             +Linda D DiGiandomenico,    8 Scott Avenue,    Upland, PA 19015-3014
aty            +David Hamilton Lang,    230 North Monroe Street,    Media, PA  19063,    UNITED STATES 19063-2908
cr             +WELLS FARGO BANK, N.A.,    C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE,
                 8 NESHAMINY INTERPLEX DRIVE SUITE 215,    TREVOSE, PA 19053-6980
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 07 2019 02:45:55     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2019 02:45:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 07 2019 02:45:53     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2019 02:44:52     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2019 at the address(es) listed below:
```
              DAVID H. LANG    on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com
              DAVID H. LANG    on behalf of Debtor Linda D DiGiandomenico langlawoffice@gmail.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, N.A. bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC BANK, N.A. wgouldsbury@udren.com,
               vbarber@udren.com
              WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC Bank, National Association
               wgouldsbury@udren.com,    vbarber@udren.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 11
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | Case No.: 18-13929 |
| **Linda D DiGiandomenico** : | Chapter 13 |
| : | Judge Magdeline D. Coleman |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** : | Date and Time of Hearing |
| : | August 6, 2019 at 10:30 a.m. |
| **Movant,** : | |
| vs : | Place of Hearing |
| : | U.S. Bankruptcy Court |
| **Linda D DiGiandomenico** : | 900 Market Street, Courtroom #2 |
| **William A Dennon** : | Philadelphia, PA, 19107 |
| : | |
| **William C. Miller** | Related Document # 62 |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, to wit, this   5th   day of   September  , 2019, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105 (notified by ecf)

David H. Lang, Attorney for Debtor and/or Co-Debtor, Law Offices of David H. Lang, 230 North Monroe Street, Media, PA 19063 (notified by ecf)

Linda D DiGiandomenico and William A Dennon, Debtor and/or Co-Debtor, 8 Scott Avenue, Upland, PA 19015 (notified by regular US Mail)