# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 18-13929-MDC

LINDA D DIGIANDOMENICO

8 SCOTT AVENUE

UPLAND, PA 19015

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LINDA D DIGIANDOMENICO

    8 SCOTT AVENUE

    UPLAND, PA 19015

Counsel for debtor(s), by electronic notice only.

    DAVID H LANG
    LAW OFFICES OF DAVID H LANG
    203 N MONROE ST
    MEDIA, PA 19063-

Date: 9/27/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee