### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Linda D. Digiandomenico
        Debtor

PNC Bank, National Association
   v.
Linda D. Digiandomenico   Debtor
   and
William C. Miller Esq.
        Trustee

Chapter 13

NO. 18-13929 MDC

## ORDER

AND NOW, this 16th day of October, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on December 4, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC Bank, National Association and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 8 Scott Lane Brookhaven (Upland Borough), PA 19015.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Linda D. Digiandomenico
8 Scott Avenue
Upland, PA 19015

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

David H. Lang
Law Offices of David H. Lang
230 North Monroe Street
Media, PA 19063

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532