United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-13929-mdc
Linda D DiGiandomenico                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey           Page 1 of 1         Date Rcvd: Oct 17, 2019
                          Form ID: pdf900        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2019.
```
db            +Linda D DiGiandomenico,    8 Scott Avenue,    Upland, PA 19015-3014
aty           +David Hamilton Lang,    230 North Monroe Street,    Media, PA 19063,    UNITED STATES 19063-2908
cr            +WELLS FARGO BANK, N.A.,    C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE,
                8 NESHAMINY INTERPLEX DRIVE SUITE 215,    TREVOSE, PA 19053-6980
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Oct 18 2019 03:42:49      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2019 03:42:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2019 03:42:40      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 03:47:07      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2019 at the address(es) listed below:
```
              DAVID H. LANG    on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC BANK, N.A. wgouldsbury@udren.com,
               vbarber@udren.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 7
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Linda D. Digiandomenico<br>                    Debtor<br><br>PNC Bank, National Association<br>           v.<br>Linda D. Digiandomenico     Debtor<br>                    and<br>William C. Miller Esq.<br>                    Trustee | Chapter 13<br><br>NO. 18-13929 MDC |

**ORDER**

    AND NOW, this  16th  day of   October  , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on December 4, 2018 it is ORDERED AND DECREED that:

    The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC Bank, National Association and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 8 Scott Lane Brookhaven (Upland Borough), PA 19015.

    The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                                                                                 _____
                                                                                Magdeline D. Coleman
                                                                                Chief U.S. Bankruptcy Judge

cc: See attached service list

Linda D. Digiandomenico
8 Scott Avenue
Upland, PA 19015

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

David H. Lang
Law Offices of David H. Lang
230 North Monroe Street
Media, PA 19063

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532