## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        LINDA DIGIANDOMENICO        : Case No. 18-13929
              Debtor                      : Chapter 13

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Movant, Linda DiGiandomenico, has filed a Motion To Reconsider Relief From The Automatic Stay with the court.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then or before November 15, 2019 **you or your attorney must file a response to the Motion.** (See Instructions on the next page).

3. **A hearing on the Motion** is scheduled to be held on **November 19, 2019 at 10:30 AM in Courtroom #2, United States Bankruptcy Court, 901 Market St. 2nd Floor, Philadelphia, PA 19107.** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerks office at 215-408-4800 to find out whether the hearing has been canceled because no one file a response.

6. It a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and addresses listed in the next page of this Notice.

## **Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at United States Bankruptcy Court, Office of the Clerk, 901 Market St., Second Floor, Philadelphia, PA, 19107

9. **If you mail your response** to the bankruptcy clerks office for filing, you must mail it early enough so that will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. One the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

>David Hamilton Lang, Esquire
>230 North Monroe Street
>Media, PA 19063
>(610) 246-4411
>(302) 372-3053 Efax
>Langlawoffice@gmail.com

Dated: 10/24/2019