United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-13929-mdc
Linda D DiGiandomenico                                                Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: SaraR              Page 1 of 1           Date Rcvd: Aug 10, 2020
                            Form ID: pdf900          Total Noticed: 4

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2020.
db             +Linda D DiGiandomenico,    8 Scott Avenue,    Upland, PA 19015-3014
cr             +WELLS FARGO BANK, N.A.,    C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE,
                 8 NESHAMINY INTERPLEX DRIVE SUITE 215,    TREVOSE, PA 19053-6980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: langlawoffice@gmail.com Aug 11 2020 05:12:23     David Hamilton Lang,
                 230 North Monroe Street,    Media, PA  19063,    UNITED STATES 19063-2908
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2020 05:11:43     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2020 at the address(es) listed below:
              DAVID H. LANG    on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com
              DAVID H. LANG    on behalf of Debtor Linda D DiGiandomenico langlawoffice@gmail.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
              KARINA  VELTER    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor     PNC Bank, National Association bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor     PNC BANK, N.A. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC Bank, National Association
               wgouldsbury@rasnj.com
              WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC BANK, N.A. wgouldsbury@rasnj.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 12
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Linda D. Digiandomenico
                     Debtor(s)

PNC Bank, National Association
                v.
Linda D. Digiandomenico
                and
William C. Miller Esq.
              Trustee

Chapter 13

NO. 18-13929 MDC

## ORDER

AND NOW, this 10th day of August, 2020 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on December 12, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC Bank, National Association and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 8 Scott Lane Brookhaven (Upland Borough), PA 19015.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list

Linda D. Digiandomenico
8 Scott Avenue
Upland, PA 19015

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

David H. Lang
Law Offices of David H. Lang
230 North Monroe Street
Media, PA 19063

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532