```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                          Case No. 18-13929-mdc
Linda D DiGiandomenico                                          Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2         User: SaraR               Page 1 of 2          Date Rcvd: Sep 03, 2020
                             Form ID: pdf900           Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2020.
db             +Linda D DiGiandomenico,    8 Scott Avenue,    Upland, PA 19015-3014
cr             +WELLS FARGO BANK, N.A.,    C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE,
                 8 NESHAMINY INTERPLEX DRIVE SUITE 215,    TREVOSE, PA 19053-6980
14161823        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
14121593       +Citi-shell,   Po Box 6497,    Sioux Falls, SD 57117-6497
14121594       +Delcora,   P.O. Box 41463,    Philadelphia, PA 19101-1463
14282725       +Jill Manuel-Coughlin, Esquire,    Attorney ID# 63252,    Atty for WELLS FARGO BANK, N.A.,
                 Eight Neshaminy Interplex, Suite 215,    Trevose, PA 19053-6980
14121597        PNC,   c/o Udren Law Offices,    111 Woodside Road,    Suite 200,   Cherry Hill, NJ 08003
14196370       +PNC BANK, NATIONAL ASSOCIATION,    C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14175490       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14385209       +PNC Bank, National Association,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14121599       +Wells Fargo Bank,    1 Home Campus X2303-01A,   Des Moines, IA 50328-0001
14180391        Wells Fargo Bank N.A, d/b/a Wells Fargo Auto,    PO Box 19657  Irvine, CA 92623-9657
14130903        Wells Fargo Bank, N.A.,    1000 Blue Gentian Road N9286-01Y,    Eagan, MN 55121-7700
14351064       +Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto,    C/O KARINA VELTER,
                 Manley Deas Kochalski LLC,    P.O. Box 165028,   Columbus, OH 43216-5028
14121600       +Wells Fargo Dealer Services,    P.O. Box 19657,    Irvine, CA 92623-9657
14121601       +Wells Fargo Dealer Svc,    Po Box 1697,   Winterville, NC 28590-1697
14121602       +William Dennon,    8 Scott Avenue,   Upland, PA 19015-3014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: langlawoffice@gmail.com Sep 04 2020 04:05:50     David Hamilton Lang,
                 230 North Monroe Street,    Media, PA  19063,   UNITED STATES 19063-2908
smg             E-mail/Text: megan.harper@phila.gov Sep 04 2020 04:06:23     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept.,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 04 2020 04:06:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 04 2020 04:06:21      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2020 04:09:59     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14121592       +E-mail/Text: account.manager@chesterwater.com Sep 04 2020 04:06:30      Chester Water Authority,
                 P.O. 467,   Chester, PA 19016-0467
14121595       +E-mail/Text: PBNCNotifications@peritusservices.com Sep 04 2020 04:05:52      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14121596        E-mail/Text: langlawoffice@gmail.com Sep 04 2020 04:05:50     Lang Law Offices, Inc,
                 230 North Monroe Street,    Media, PA 19063
14121968       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2020 04:09:05
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14121598       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 04 2020 04:05:47
                 Verizon,   Po Box 650584,    Dallas, TX 75265-0584
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14385553*      +PNC BANK, NATIONAL ASSOCIATION,   C/O KEVIN G. MCDONALD,   KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: SaraR               Page 2 of 2           Date Rcvd: Sep 03, 2020
                              Form ID: pdf900           Total Noticed: 27
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2020 at the address(es) listed below:
              DAVID H. LANG    on behalf of Debtor Linda D DiGiandomenico langlawoffice@gmail.com
              DAVID H. LANG    on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
              KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, N.A. bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC BANK, N.A. wgouldsbury@rasnj.com
              WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC Bank, National Association
               wgouldsbury@rasnj.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 12
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Chapter 13
LINDA D DIGIANDOMENICO

Debtor     Bankruptcy No. 18-13929-MDC

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

September 3, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID H LANG
LAW OFFICES OF DAVID H LANG
203 N MONROE ST
MEDIA, PA 19063-

Debtor:
LINDA D DIGIANDOMENICO

8 SCOTT AVENUE

UPLAND, PA 19015